IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK J. WILLIAMS,

   Petitioner,     No. 2:13-cv-0417 KJN P

vs.

D. PARAMO,       ORDER AND

   Respondent.     FINDINGS & RECOMMENDATIONS

_____/

   By order filed April 4, 2013, petitioner was granted thirty days in which to file a petition for writ of habeas corpus, and application to proceed in forma pauperis or the court's filing fee. Thirty days have now passed, and petitioner has not filed a petition, an application or paid the filing fee, or otherwise responded to the court's order.

   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

   IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written

1

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will0417.fta