UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. WILLIAMS, | No. 2:13-cv-0417 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| D. PARAMO, | |
| Respondent. | |

Petitioner has requested an extension of time to file and serve an amended petition for writ of habeas corpus with unexhausted claims and a motion for stay and abeyance on unexhausted claims. However, petitioner's motion was not signed by petitioner, and the motion did not indicate how much additional time petitioner needs. Rule 11 of the Federal Rules of Civil Procedure requires all court filings to be signed by the pro se litigant. Accordingly, petitioner's motion is denied without prejudice to its renewal. IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 13) is denied without prejudice.

Dated: August 20, 2013

will0417.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE