1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRANK JAMES WILLIAMS, JR.,              No.  2: 13-cv-0417 TLN KJN P

12                   Petitioner,

13          v.                                 FINDINGS AND RECOMMENDATIONS

14    DANIEL PARAMO, Warden,

15                   Respondent.

16

17          Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  For the reasons stated herein, the undersigned recommends

19    that this action be dismissed.

20          On November 17, 2014, this action was stayed so that petitioner could exhaust his

21    unexhausted claims.  (ECF No. 31.)  Petitioner was ordered to file a status report every 90 days

22    detailing petitioner's progress in exhausting his unexhausted claims in state courts, and to file a

23    motion to lift the stay of this action within 30 days after the California Supreme Court issues a

24    final order resolving petitioner's unexhausted claims.  Petitioner has not filed a status report.

25    Accordingly, the undersigned recommends that this action be dismissed based on petitioner's

26    failure to file a status report and failure to prosecute this case.

27    ////

28    ////

                                                    1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

2  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, petitioner may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

8  failure to file objections within the specified time may waive the right to appeal the District

9  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  November 22, 2021

11

12    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

13

/will0417.sty.fr

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28